IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| **INTEGRITY DEFENSE SERVICES, INC.,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) No. _____<br>) |
| **WIREMASTERS, INC.,** | )<br>) |
| Defendant. | )<br>) |

## COMPLAINT

Plaintiff, Integrity Defense Services, Inc. ("IDSI"), for its Complaint against WireMasters, Inc. ("WireMasters"), states as follows:

### PARTIES

1. Plaintiff Integrity Defense Services, Inc. is a corporation which is incorporated under the laws of the state of Indiana with its principal place of business located at 1463 South State Road 45, Springville, Indiana 47462. This makes IDSI a citizen of the state of Indiana pursuant to 28 United States Code 1332 (c)(1).

2. Defendant WireMasters, Inc. is a corporation which is incorporated under the laws of the state of Tennessee with its principal place of business located at 1788 North Pointe Road, Columbia, Tennessee 38401. This makes WireMasters a citizen of the state of Tennessee pursuant to 28 United States Code 1332 (c)(1).

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because there exists complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000, excluding interest and costs.

4. Venue is proper in the Middle District of Tennessee, Columbia Division pursuant to 28 U.S.C. § 1391(b) because WireMasters resides in this judicial district and a substantial part of the events giving rise to the claim occurred in this judicial district.

## FACTS

5. IDSI provides the United States Military with a wide range of capabilities which include the machining of critical components; build to print electrical cables, components, and testing; mechanical assembly, composite refurbishment, and an expertise in the coating of military vehicles and components.

6. IDSI regularly places order for both stock and custom wire and cable from WireMasters to fulfill contracts it has with the United States government.

7. When IDSI needs a custom cable to fulfill a contract, IDSI sends WireMasters prints or drawings IDSI has received from the government which contain the specifications of the wire or cable needed. These prints or drawings are considered the ultimate guide for the manufacturing process, dictating the requirements, configuration, composition, and characteristics of the wire or cable to be produced.

8. WireMasters reviews these prints and/or drawings and sends a quote to IDSI stating how much the material will cost.

9. Once IDSI receives the quote, when they need certain quantities of wires or cables, IDSI develops a purchase order with the amount of cable required and sends it to WireMasters.

10. After receiving the purchase order, WireMasters then starts production. After production is completed, the wire or cable is shipped to IDSI and IDSI receives a certificate of conformance certifying that the wires or cables are built to the specifications provided in the prints and/or drawings.

11. In 2018, IDSI provided WireMasters with a drawing containing specifications for custom cables needed to fulfill a government contract.

12. The drawings included written specifications that stated:

10.5 OUTER SHEATH – THE CABLE'S OUTER SHEATH SHALL BE A JACKET OF POLYCHLOROPRENE (NEOPRENE) IN ACCORDANCE WITH MIL-R-6855, CLASS 2, TYPE A, GRADE 60, HAVING MINIMUM WALL THICKNESS OF .062. THIS OUTER SHEATH MUST CONTAIN A MINIMUM OF 98% POLYCHLOROPRENE WITH NO CLAY FILLERS.

13. The drawings, which include the above specifications, were reviewed and approved by all parties.

14. After approval, IDSI began sending purchase orders to WireMasters to fulfill. From 2018 to 2021, WireMasters fulfilled 32 purchase orders and invoiced IDSI $206,253.11.

15. With each purchase order that was fulfilled, a Certification of Compliance was provided that certified that each purchase order was fulfilled in accordance with all requirements of all applicable drawings, specifications, and purchase order requirements.

16. From 2018 through 2021, IDSI incorporated the wires produced by WireMasters into MK-99 cable sets which IDSI attempted to and did provide to the United States Navy to fulfill a contract.

17. In 2022, the United States Navy informed IDSI that it was rejecting the MK-99 cable sets because the cable jacket material did not meet the drawing specifications.

18. Further, on or about August 29, 2022, IDSI received a letter from SAIC which stated "Pursuant to Terms and Conditions Article #5 Inspection and Acceptance, the subject Purchase Orders were all rejected for nonconforming material. Failure reason was due to the Outer Sheath of the custom cable not conforming to Note 10.5 of the required print (2910453). This rejection was also confirmed by SAIC's customer." The wires and/or cable referenced in this letter were the wires and/or cables produced by WireMasters and certified as complaint with material specifications.

19. In May of 2022, IDSI sent samples of the cables and/or wires produced by WireMasters to Purdue University to conduct a material characterization of cable insulation study.

20. The results of the study found that trace amounts of clay fillers were identified in the cable's outer sheaths.

21. The drawings and specifications provided to WireMasters by IDSI expressly prohibit the use of clay fillers in the outer sheath.

22. The wires and/or cables that WireMasters produced were defective and did not comply with the specifications in the drawings provided to WireMasters.

23. As a result of WireMasters' production of the defective product, IDSI has had its government certification rescinded and suffer significant monetary damages.

24. At all times, WireMasters advertised to the public that it rigorously maintained quality certifications. WireMasters advertised that its "entire operation meets or exceeds government and industry standards to ensure that products received from us continuously meet and surpass customers' high standards and expectations."

25. WireMasters's company slogan is "Quality is not expensive, it is priceless.®"

## COUNT ONE: BREACH OF CONTRACT

26. IDSI incorporates the allegations in the numbered paragraphs above as if fully set forth herein.

27. Each purchase order sent to from IDSI to WireMasters, and accepted by WireMasters, constitutes a legally binding contract.

28. Pursuant to the terms of the purchase orders, WireMasters was required to comply with any special requirements requested by IDSI regarding the control of drawings and specifications.

29. Pursuant to the terms of the purchase orders, WireMasters was required to maintain a quality inspection system that will ensure all goods and services conform to contract requirements.

30. WireMasters breached the terms of each of the purchase orders by providing a product that did not comply with specifications contained within the drawings. Specifically, the wires and/or cables produced by WireMasters violated specification 10.5's prohibition against the use of clay fillers in the outer sheath.

31. WireMasters further breached the terms of each of the purchase orders by failing to maintain a quality inspection system that would ensure all goods and services conform to the contract requirements.

32. As a result of WireMasters breach of contract, IDSI has lost its certification with the government and has suffered significant monetary damages.

33. WireMasters breach of contract is a direct and proximate cause of the damages suffered by IDSI.

## COUNT TWO: BREACH OF LIMITED WARRANTY

34. IDSI incorporates the allegations in the numbered paragraphs above as if fully set forth herein.

35. WireMasters Terms and Conditions of Sale state provide for a limited warranty.

36. WireMasters's limited warranty states "Seller warrants that the Goods will conform to the specifications furnished by Seller or, if agreed to in writing by an authorized representative of Seller, specifications furnished by Buyer. Any specifications furnished by Seller must be approved in writing by Buyer before raw materials can be purchased or before Seller can manufacture and/or distribute the Goods."

37. By providing wires and/or cables that did not conform to the specifications furnished by IDSI, WireMasters breached the limited warranty.

38. As a result of this breach, IDSI has lost its certification with the government and has suffered significant monetary damages.

39. WireMasters breach of limited warranty is a direct and proximate cause of the damages suffered by IDSI.

## COUNT THREE: VIOLATION OF THE TENNESSEE CONSUMER PROTECTION ACT

40. IDSI incorporates the allegations in the numbered paragraphs above as if fully set forth herein.

41. At all times, WireMasters advertised to the public that it rigorously maintained quality certifications. WireMasters advertised that its "entire operation meets or exceeds government and industry standards to ensure that products received from us continuously meet and surpass customers' high standards and expectations."

42. WireMasters's company slogan is "Quality is not expensive, it is priceless.®"

43. The Tennessee Consumer Protection Act ("TCPA") applies to and does not exclude businesses as consumers.

44. Under the TCPA it is unfair or deceptive to represent that goods or services have characteristics, uses, benefits or quantities that they do not have.

45. Under the TCPA it is unfair or deceptive to represent that goods or services are of a particular standard, quality or grade if they are of another.

46. Under the TCPA it is unfair or deceptive to advertise goods or services with intent not to sell them as advertised.

47. The goods and services advertised by WireMasters were not of the level that WireMasters held those services out to be. WireMasters advertised that it rigorously maintained quality certifications and that its entire operation met or exceeded government and industry standards, when in fact WireMasters's "quality certifications" failed to prevent defective products from being provided to IDSI and their operations failed to meet industry standards.

48. The acts of WireMasters were willful and intentional, caused extraordinary damage to IDSI, and were not done in good faith.

49. The acts and omissions alleged above were in gross violation of IDSI's trust and WireMasters's own representations, were willing and knowing violations, and the Court should award actual damages and treble damages under Tenn. Code Ann. §47-8-109(a)(3).

50. IDSI is entitled to recover its reasonable attorney's fees and costs under Tenn. Code Ann. § 47-18-109(e)(1).

WHEREFORE, Plaintiff Integrity Defense Services, Inc., prays that the Court:

A. Enter a judgment in favor of IDSI against WireMasters for compensatory and treble damages, as appropriate, in an amount not to exceed $3,000,000 (Three Million Dollars);

B. Award IDSI its attorney's fees, costs, and expenses incurred herein, in accordance with Tenn. Code Ann. §47-18-109(e)(1) and any other applicable laws; and

C. Award IDSI such other and further relief as it deems just, proper, and equitable.

Respectfully submitted,

*/s/ Jeremey R. Goolsby*
Jeremey R. Goolsby, No. 34505
FROST BROWN TODD LLP
150 3rd Avenue South, Suite 1900
Nashville, TN 37201
615-251-5550 Telephone
615-251-5551 Facsimile
jgoolsby@fbtlaw.com

*Attorneys for Plaintiff Integrity Defense Services, Inc.*

0137756.0758145   4893-3038-2685