IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| INTEGRITY DEFENSE SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | NO. 1:23-cv-00030 |
| v. | ) ) | JUDGE CAMPBELL |
| WIREMASTERS, INC., | ) ) ) | MAGISTRATE JUDGE HOLMES |
| Defendant. | ) | |

## ORDER

The parties have jointly filed a Stipulation of Voluntary Dismissal with Prejudice (Doc. No. 29) under Federal Rule of Civil Procedure 41. Accordingly, pursuant to the stipulation of the parties, this action is hereby **DISMISSED** with prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE